**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00483-LTB-MJW

MODERCO, INC.,

        Plaintiff,

v.

KMD ARCHITECTURAL PRODUCTS CO., and
JAMES CREIGHTON DEETER,

        Defendants.
_____

**ORDER**
_____

      Upon Plaintiff's Notice of Dismissal of James Creighton Deeter (Doc 3 - filed April

7, 2006), it is

      ORDERED that this matter is DISMISSED WITHOUT PREJUDICE against

Defendant James Creighton Deeter.

                          BY THE COURT:


                             s/Lewis T. Babcock_____
                          Lewis T. Babcock, Chief Judge

DATED:  April 10, 2006