IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00483-LTB-MJW

**MODERCO INC.**

        Plaintiff,

v.

**KMD ARCHITECTURAL PRODUCTS CO.**
and **KIP DEETER**

        Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY**

( Docket no. 19 )

---

The Court, having reviewed Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Deadline to Serve Written Discovery and being advised of the premises for the same, hereby **ORDERS**:

Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Deadline to Serve Written Discovery is **GRANTED**. The Court finds that good cause exists to amend the Scheduling Order. The parties shall have up to and including July 28, 2006 to serve their first set of interrogatories, requests for admission and requests for production.

BY THE COURT:

_____ 7/18/06
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

N:\M\Moderco_09001\KMD_1\Plead\Order granting
mtn to amend scheduling order.doc