IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00483-LTB-MJW

MODERCO, INC.,

Plaintiff(s),

v.

KMD ARCHITECTURAL PRODUCTS CO, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order to Extend Discovery Deadlines and D.C. COLO.LCivR 7.1 A Certificate (docket no. 24) is GRANTED finding good cause shown and further finding that Defendants have failed to respond to this motion and therefore this court deems the motion confessed.

It is FURTHER ORDERED that the Rule 16 Scheduling Order is amended as follows:

1. That the deadline to amend the pleadings is extended to October 31, 2006

2. That the deadline to complete discovery is extended to February 14, 2007.

3. That the deadline to file dispositive motions is extended to February 14, 2007.

4. That the deadline to disclose initial expert reports is extended to December 16, 2006, and rebuttal expert reports is extended to January 15, 2007.

5. The deadline to serve interrogatories, request for production of documents and requests for admissions is extended to December 15, 2006.

Date: November 6, 2006