**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00483-LTB-MJW

MODERCO, INC.,

       Plaintiff,

v.

KMD ARCHITECTURAL PRODUCTS CO., and
KIP DEETER,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Without Prejudice (Doc 28 - filed December 12, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED:   December 13, 2006